STATE of Missouri, Respondent,

v.

**Andrew D. ARNOLD, Appellant.**

**No. WD 75858.**

Missouri Court of Appeals,
Western District.

Dec. 24, 2013.

Joshua P. Taylor and Donald G. Stouffer, Marshall, MO, for respondent.

Samuel E. Buffaloe, Columbia, MO, for appellant.

Before Division Three: KAREN KING MITCHELL, Presiding Judge, LISA WHITE HARDWICK, Judge and GARY D. WITT, Judge.

### ORDER

PER CURIAM:

Andrew Arnold was arrested on January 8, 2012, and charged with driving while intoxicated, due to the ingestion of drugs, in violation of section 577.010.1. A bench trial took place in the Circuit Court of Saline County after which the court found Arnold guilty. Arnold now appeals challenging the sufficiency of the evidence. We affirm. Rule 30.25(b). A memorandum explaining our decision has been provided to the parties.